UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| IN THE MATTER OF:<br>MARKIA DORTHEY BARNETT-STEVENSON<br>AKA MARKIA D. STEVENSON<br>MARKIA D. BARNETT-STEVENSON<br>MARKIA BARNETT-STEVENSON, Debtor | CHAPTER 13<br>CASE NO: 22-48279<br>JUDGE MARIA L. OXHOLM |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

NOW COMES, the Chapter 13 Trustee, Tammy L. Terry, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E.D. Mich. L.B.R. 3015-3(a) and 11 U.S.C. §1307(c)(5) as follows:

1. Based upon the debtor's **testimony** at the First Meeting of Creditors, the obligation owing to Royal Woods Townhomes is in **arrears.** Direct payment to such creditor is therefore not justified under E.D. Mich. L.B.R. 3070-1.

2. The Trustee objects to the proposed plan as it is currently underfunded and runs over sixty (60) months in violation of 11 U.S.C. § 1322(d).

3. The debtor indicates on Schedule B that she currently has a personal injury claim against Royal Woods Townhomes. The Trustee requests that the debtor provide the Trustee with her non-bankruptcy attorney's name and address no later than the date set for confirmation. The Trustee further requests that the debtor remit any net proceeds from this lawsuit into the plan for the benefit of unsecured creditors.

4. The debtor testified at the §341 First Meeting of Creditors that she has a second lawsuit that she is involved in. The Trustee requests that the debtor provide this non-bankruptcy attorney's name and address no later than the date set for confirmation. The Trustee further requests that the debtor remit any net proceeds from this lawsuit into the plan for the benefit of unsecured creditors.

5. Based upon the debtor's testimony at the First Meeting of Creditors, the debtor has new employment. The Trustee therefore requests that the debtor amend Schedule I to disclose the required information regarding the debtor's new employer, monthly income and provide to the Trustee the debtor's three (3) most recent pay stubs to support said income.

6. The debtor indicates on Schedule I that she receives income of $550.00 from the operation of a business. The Trustee requests documentation that supports this income no later than fourteen days prior to confirmation.

7. The debtor indicates on Schedule I that she is in the process of applying for social security disability. The Trustee requests an update at confirmation and/or amended Schedules I and J at any point in time she begins to receive this income.

WHEREFORE, the Chapter 13 Trustee requests this Honorable Court deny confirmation of the debtor's (s') Chapter 13 Plan.

<br>

| | |
|---|---|
| 12/14/2022 | OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT |

**/S/ TAMMY L. TERRY**
Chapter 13 Standing Trustee
/S/ KIMBERLY SHORTER-SIEBERT (P49608)
/S/ MARILYN R. SOMERS-KANTZER (P52488)
Staff Attorneys
535 Griswold Street, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| IN THE MATTER OF:<br>MARKIA DORTHEY BARNETT-STEVENSON<br>AKA MARKIA D. STEVENSON<br>MARKIA D. BARNETT-STEVENSON<br>MARKIA BARNETT-STEVENSON, Debtor | CHAPTER 13<br>CASE NO: 22-48279<br>JUDGE MARIA L. OXHOLM |

## CERTIFICATE OF MAILING

I hereby certify that on **12/14/2022**, a copy of TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN was electronically filed with the Clerk of Court, served electronically to the debtor's(s') attorney and a copy of same deposited in the U. S. Mail to the debtor (s) at the address as it appears below.

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
/S/ PATRICE WATSON
Chapter 13 Standing Trustee Clerk
535 Griswold Street, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

KOSTOPOULOS & ASSOCIATES, PLLC

31201 CHICAGO ROAD S., SUITE C102
WARREN, MI 48093

MARKIA DORTHEY BARNETT-STEVENSON
13835 SIBLEY ROAD
RIVERVIEW, MI 48193